UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN T. HILL,<br><br>        Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPT. CORRECTIONS, et al.,<br><br>        Defendants.<br>_____ / | 1:00-cv-05103-REC-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 117)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR SUMMARY JUDGMENT** (Doc. 104) |

    Plaintiff, Brian T. Hill ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On April 4, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On May 3, 2005, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 4, 2005, are ADOPTED IN FULL;

2. Defendants' Motion for Summary Judgment, filed September 7, 2004, is GRANTED on plaintiff's Eighth Amendment deliberate indifference claims (medical and mental health) against defendants Galaza, Yee, and Lee;

3. Defendants' Motion for Summary Judgment is GRANTED on plaintiff's Eighth Amendment cruel and unusual punishment claim against defendant Galaza;

4. Defendants' Motion for Summary Judgment is GRANTED with respect to plaintiff's claim under the Religious Freedom Restoration Act against defendants Terhune and Galaza;

5. Defendants' Motion for Summary Judgment is GRANTED with respect to plaintiff's Access to the Court claim against defendants Terhune and Galaza;

6. Defendants' Motion for Summary judgment is DENIED with respect to plaintiff's First Amendment claims (telephone access and possession of catalogs) against defendants Terhune and Galaza; and,

7. Due to the lack of clarity in the complaint, and defendants' misunderstanding of plaintiff's allegations, defendants are GRANTED an additional **thirty (30) days**

1  from the date of service of this order within which to file, at
2  their option, a Second Motion for Summary Judgment, and plaintiff
3  is GRANTED **thirty (30) days** therefrom within which to file an
4  Opposition to the Second Motion for Summary Judgment, if any.
5  IT IS SO ORDERED.
6  **Dated:  August 18, 2005**                /s/ Robert E. Coyle
   668554                                UNITED STATES DISTRICT JUDGE