BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
MARIA G. CHAN, State Bar No. 192130
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-1940
  Fax: (916) 324-5205

Attorneys for Defendants Terhune and Galaza
CA2001CX0166

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN T. HILL,** | 1:00-CV-05103-REC-SMS-P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUESTS FOR AN EXTENSION OF TIME TO FILE A SECOND MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS,** et al., | |
| Defendants. | (Documents #130 & #132) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On September 16, 2005, and October 7, 2005, defendants filed requests for an extension of time to file a second motion for summary judgment. Good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that defendants' request is GRANTED until November 6, 2005 to file a Second Motion for Summary Judgment.

IT IS SO ORDERED.

**Dated:    October 11, 2005**           /s/ Sandra M. Snyder
b6edp0                        UNITED STATES MAGISTRATE JUDGE

1