UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN T. HILL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPT. CORRECTIONS, et al.,<br><br>　　　　　Defendants.<br>_____/ | 1:00-cv-05103-AWI-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 138)<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** (Doc. 135)<br><br>**ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT** |

　　　Brian T. Hill ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On April 28, 2006, the Magistrate Judge filed Findings and Recommendations herein that recommended Defendants' motion for summary judgment be granted. The Findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, the parties have not

1

filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 28, 2006, are ADOPTED IN FULL;

2. Defendants' Motion for Summary Judgment, filed November 7, 2005, is GRANTED on Plaintiff's First Amendment claims against Defendants Terhune and Galaza; and,

3. This order having resolved the last remaining claims in this action, the Clerk of the Court is DIRECTED to enter judgment for Defendants and close this file.

IT IS SO ORDERED.

**Dated:    July 6, 2006**                           **/s/ Anthony W. Ishii**
0m8i78                                              UNITED STATES DISTRICT JUDGE